EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2017 TSPR 170 |
|---|---|
| José R. Franco Rivera | 198 DPR ____ |

Número del Caso: TS-7127


Fecha:     13 de septiembre de 2017


Abogado de la parte peticionaria:

        Lcdo. Carlos Dávila Vélez


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br><br>José R. Franco Rivera | TS-7127 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de septiembre de 2017.

Evaluada la *Moción en Cumplimiento de Orden e Informe Final sobre el Estado de la Obra Protocolar Incautada* presentada por la Oficina de Inspección de Notarías (ODIN), se ordena la reinstalación del Sr. José R. Franco Rivera al ejercicio de la abogacía.

Se le apercibe que cualquier inobservancia futura a las normas ético-disciplinarias de nuestro ordenamiento estará sujeta a medidas disciplinarias más severas.

Se reactiva la Queja Núm. AB-2016-105 y se ordena el archivo de la Queja Núm. AB-2016-154.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar. El Juez Asociado señor Rivera García proveería no ha lugar por entender que la reiterada conducta desplegada por el peticionario durante todo este tiempo refleja una falta de interés en ejercer y cumplir con los deberes que exige la profesión legal.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina